# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS WOOD, | : | No. 3:16-cv-2450 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| SGT. DETWILER, OFFICER FOGELMAN, OFFICER BROWN, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, to wit, this 25th day of March 2019, upon consideration of Defendants' motion (Doc. 65) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 65) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this Order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                   **BY THE COURT:**

                                                   s/James M. Munley
                                                   **JUDGE JAMES M. MUNLEY**
                                                   **United States District Court**